**FILED**

JUN 2 6 2007

**UNITRD STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VIKTOR LEONOV )
2626 Tunlaw Rd. NW Apt. 104 )
Washington, DC 20007 )
Phone: 202-338-8677 )
Email: leonov@rcn.com )
CIS File No. A 074002826 )
)
       Plaintiff, )
)
vs. )
)
SUSAN DIBBINS, Field Director )
Washington Field Office )
U.S. Citizenship & Immigration Service )
2675 Prosperity Avenue )
Fairfax, VA 22031 )
)
EMILIO T. GONZALEZ, Director )
U.S. Citizenship & Immigration Service )
20 Massachusetts Avenue, NW )
Washington, DC 20529 )
)
MICHAEL CHERTOFF, Secretary )
 U.S. Department of Homeland Security )
245 Murray Drive, Building 410 )
Washington, DC 20528 )
)
ROBERT S. MUELLER, Director )
Federal Bureau of Investigation )
J. Edgar Hoover Building )
935 Pennsylvania Avenue, NW )
Washington, DC 20535 )
)
       Defendants )
_____ )

**COMPLAINT FOR HEARING**
**ON NATURALIZATION**
**APPLICATION**

Civ. No.

Case: 1:07-cv-01143
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/26/2007
Description: Pro Se Gen. Civil

**PRELIMINARY STATEMENT**

COME NOW VIKTOR LEONOV, the plaintiff, by and through Pro Se, and for cause of

action would show unto the Court the following:

1. This action is brought against the defendants pursuant to 8 U.S.C. §1447(b) with a request for judicial relief in the form of an adjudication of the plaintiff's Application for Naturalization (Form N-400) in this Court.

2. The plaintiff properly filed his application with the defendants on May 10, 2004, and he attended an examination of his application on July 6, 2005. As more than 120 days have passed since the plaintiff's examination, the plaintiff seeks review of his application by this Court. The plaintiff meets all other statutory requirements for naturalization, and this Court should grant his application for naturalization.

## JURISDICTION

3. This is a civil action brought pursuant to 8 U.S.C. §1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). See also 8 C.F.R. § 310.5(a) (2006). Jurisdiction is further conferred by 8 U.S.C. §1329 (jurisdiction of the district courts) and 28 U.S.C. §1331 (federal question jurisdiction) and § 1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the plaintiff, by which statutes jurisdiction is conferred. Jurisdiction is also conferred pursuant to 5 U.S.C. § 704 (Administrative Procedure Act).

4. This complaint is timely because more than 120 days have passed since the Washington District Office of U.S. Citizenship and Immigration Services ("USCIS) conducted an examination of the plaintiff on his naturalization application on July 6, 2005. *See* 8 U.S.C. §1447(b); 8 C.F.R. § 310.5(a).

## VENUE

5. Venue lies in the District of Columbia, the judicial district where the plaintiff resides, pursuant to 8 U.S.C. §1447(b) ("…the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. § 310.5(a).

2

**PARTIES**

6.  The plaintiff, Mr. VIKTOR LEONOV, has been a lawful permanent resident of the United States since February 23, 1995 and resides in Washington, DC. He was born in Belarus in 1959, and he is a citizen of Belarus. His alien registration number is A 074002826.

7.  The defendants, SUSAN DIBBINS, Field Director, USCIS Washington Field Office; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party defendants pursuant to 8 U.S.C. §1421(a). The Washington Field Office of USCIS conducted the examination of the plaintiff on his application for naturalization. USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. §1421(a). *See also* 8 C.F.R. § 310.1. The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

**FACTS**

8.  The plaintiff entered the U.S.A. on October 11, 1993 in his capacity of a long-term consultant for the World Bank on a G-4 visa for employees of international organizations. *See* Exh. 1. In February 1995 he adjusted his status to a permanent resident through the DV-1 immigrant visa program for FY95. *See* Exh. 2. The plaintiff permanently resides with his wife and son, both US citizens, in Washington, DC.

9.  The plaintiff filed his application for naturalization (Form N-400) with USCIS on May 10, 2004. *See* Exh. 3. He attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia on July 6, 2005, where he was interviewed by Officer Veenbaas. *See* Exh.4. At the end of the examination Officer Veenbaas informed the

plaintiff that he had passed the American civics and English language tests, but that his application could not be approved until the security clearance procedure is completed.

10. On January 19, 2006, the plaintiff sent a written inquiry to the USCIS Washington Field Office to inform Officer Veenbaas, that the plaintiff had not yet received a security clearance, noting that more than six months had passed since the date of his naturalization interview. *See* Exh. 5. USCIS did not respond to the inquiry.

11. On February 7, March 29, and October 4, 2006, the plaintiff attended INFOPASS appointments at the USCIS Washington Field Office to inquire in person about his application. *See* Exh. 6, 7, 8. He was told that his case was still awaiting a background check at the FBI, also known as a name check. During the INFOPASS meeting on March 29, the plaintiff was informed by the receiving Immigration Officer that a second request to the FBI had been sent by the Washington Field Office. (During plaintiff's subsequent INFOPASS appointments this fact could not be verified by other Immigration Officers.)

12. On October 11, 2006 the plaintiff submitted a name check status inquiry to the Federal Bureau of Investigation ("FBI"), directed to the fax number 202-324-3367. *See* Exh. 9. The FBI did not respond to inquiry.

13. On the same date, October 11, 2006, the plaintiff sent a written request to the USCIS Vermont Service Center to expedite the name check at the FBI. *See* Exh. 10. On October 25, 2006, Acting Center Director Sandra T. Bushey responded that all requests for any types of expeditious handling must be brought to the office having the application, i.e. the USCIS Washington Field Office in the plaintiff's case. *See* Exh. 11.

14. On November 2, 2006, the plaintiff, following the recommendation provided in the letter from the USCIS Vermont Service Center, submitted a written request to the USCIS Washington Field Office to facilitate an expedited name check at the FBI. *See* Exh. 12. The USCIS Washington Field Office did not respond to the request.

4

15. On December 12, 2006, the plaintiff attended an INFOPASS appointment at the USCIS
Washington Field Office to inquire in person about his application. *See* Exh. 13. He was told
again that his case was still awaiting a name check at the FBI.

16. On December 21, 2006, the plaintiff contacted American Civil Liberties Union ("ACLU"),
National Capital Area, to find out whether the ACLU of Southern California class-action
lawsuit would have any implications for naturalization applicants in the Washington, DC
area. *See* Exh. 14. The plaintiff was subsequently advised by Mr. Arthur B. Spitzer, Legal
Director of American Civil Liberties Union of the National Capital Area, via phone calls and
e-mail communications, that the class-action lawsuit referred to above, as well as another
similar lawsuit, was dismissed. The plaintiffs in the above mentioned case were naturalized
shortly thereafter, as it was reported by mass media. Mr. Spitzer further indicated that the
local branch of ACLU might move forward with similar action when and if they identify
locally at least 50 potential class members, as required per court rulings. As an alternative
course of action,  the plaintiff was reminded of his right to proceed on an individual basis if
he decides to seek legal remedy.

17. On February 7, April 4, May 8, and June 12, 2007, the plaintiff attended INFOPASS
appointments at the USCIS Washington Field Office to inquire in person about his
application. *See* Exh. 15-18. Like during his previous appointments, he was informed again
that his case was still pending a name check by the FBI.

**CLAIMS**

18. The plaintiff has a clear right to be granted  United States citizenship and this Court has clear
jurisdiction to adjudicate his application for naturalization now that the defendants have
failed to do so within the time period specified in 8 U.S.C. §1447(b). *See also* 8 C.F.R. §
310.5(a). The defendants have sufficient information to determine the plaintiff's eligibility
pursuant to applicable requirements.

19. Despite the fact that the plaintiff has been waiting for about two years since passing his naturalization examination, at this juncture still there is no indication that his name check might be completed any time soon. In his June 2007 annual report to Congress, USCIS ombudsman Prakash I. Khatri stated that "the problem of long-pending FBI name check cases worsened during the reporting period." The pending FBI name check cases aging report provided within the said document, shows that as of May 2007, USCIS reported 329,160 FBI name check cases pending, which is 93,358 more than cases pending the name check last year. The number of cases pending more than 33 months experienced over a 44 percent increase compared to 2006, from 21,570 to 31,144. *See* Exh. 19.

20. The plaintiff has exhausted any administrative remedies that exist and has availed himself of this Court's review under 8 U.S.C. §1447(b), which provides for judicial recourse in cases of administrative inaction. When USCIS fails to make a determination on a naturalization application within 120 days of the applicant's examination, the applicant may appeal to the appropriate federal district court for a hearing. 8 U.S.C. §1447(b). The "examination" referenced in 8 U.S.C. §1447(b) has been interpreted by this and other courts to refer to the initial examination interview scheduled under 8 U.S.C. §1446(a). *See Castracani v. Chertoff,* 377 F. Supp. 2d 71, 73 (D.C.D.C. 2005); *see also United States v. Hovsepian,* 359 F.3d 1144, 1151 (9th Cir. 2004); *El-Daour v. Chertoff,* 417 F. Supp. 2d 679,683 (W.D. Pa. 2005); *Angel v. Ridge,* 2005, 2005 WL 1263143, *4 (S.D. Ill. May 25, 2005).

21. The plaintiff is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. §1447(b), because more than 120 days have passed since he was interviewed by the Washington Field Office of USCIS on July 6, 2005, and USCIS has, to date, failed to make a determination on his application. *See also* 8 C.F.R. § 310.5(a). The filing of this petition vests the Court with exclusive jurisdiction to determine the plaintiff's naturalization application, pursuant to 8 U.S.C. §1447(b). *See Castracani,* 377 F. Supp. 2d at 75; *see also Hovsepian,* 359 F.3d at 1159.

6

## PRAYER

WHEREFORE, the plaintiff respectfully prays that the Court:

1. Assume jurisdiction over the case and adjudicate the plaintiff's application for

   naturalization.

2. Grant such other and further relief as this Court deems proper under the

   circumstances.

Respectfully submitted this 26th day of June 2007,

VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com







07 1143

# FILED

JUN 2 6 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

# THE UNITED STATES OF AMERICA

| Receipt with Suspense | | NOTICE DATE<br>June 07, 2004 |
|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | INS A#<br>A 074 002 826 |
| APPLICATION NUMBER<br>ESC*001242564 | RECEIVED DATE<br>May 10, 2004 | PRIORITY DATE<br>May 10, 2004 |

PAGE
1 of 1

APPLICANT NAME AND MAILING ADDRESS

VIKTOR LEONOV
2626 TUNLAW RD NW
WASHINGTON DC  20007

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $320.00 |
| Total Balance Due: | $70.00 |

The above application has been received by our office. Our records indicate your personal information is as follows:
Date of Birth: [redacted], 1959
Address Where You Live:  2626 TUNLAW RD NW
WASHINGTON DC 20007

Your application has been suspended from processing for the following reason(s). Please note the reason(s) listed and their explanation, and follow the Instructions to Applicant section listed below. Failure to comply with the instructions of this notice may result in the denial of your application.

Underpayment of Required Fee - insufficient payment was received to cover the fee for this application. Full and complete payment must be submitted before any further processing of your application occurs.

## Instructions to Applicant

You must return this notice and all required information indicated above to the INS office address listed below. For payment discrepancies, you or the primary payer (if this application was combined with other cases under a single payment) will need to enclose a check or money order payable to the INS for the Total Balance Due amount indicated above.  **Please do not send cash.**

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check.  If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted.  Do not have your fingerprints taken anywhere else.  You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you.  Please inform the office listed below immediately of any address changes.

**IMPORTANT NOTICE:** As of March 29, 1998 applicants who are required to submit fingerprints with any INS application or petition must be fingerprinted at an INS Application Support Center or INS approved Designated Law Enforcement Agency.  Applicants must pay an additional fee of $70 to the INS after which they will be scheduled for fingerprinting.  Failure to submit this fee within 87 days will result in the denial of the application or petition.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.
If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.
If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

**APPLICANT COPY**

07 1143
**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ESC$001214557



*2nd request on 2/21/06*

Department of Homeland Security
U.S. Citizenship and Immigration Services

## N-652, Naturalization Interview Results

A#: *74 002 826*

On *7-6-2005*, you were interviewed by USCIS officer *VEENBAAS*

[X] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/_____read/_____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the intructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A)_____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B)_____ ✓ A decision cannot yet be made about your application. *PENDING BACKGROUND CHECK)*

It is very important that you:

[✓] Notify USCIS if you change your address

[✓] Come to any scheduled interview.

[✓] Submit all requested documents.

[✓] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

[✓] Go to any Oath Ceremony that you are scheduled to attend.

[✓] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

07 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form N-652 (Rev. 01/13/05)N

USCIS officer Veenbaas
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031

January 19, 2006

Dear officer Veenbaas:

It's been now over 6 months since July 6, 2005 - the date when I was interviewed by you. Please see the enclosed copy of N-652.

I've decided to contact you because the footnote on N-652 indicates that a determination on my application should have been made within 120 days of the above date, but as of today I have not heard back yet.

I would be very appreciative if you could update me on the current status of my case.

Best regards,

Viktor Leonov
A#: 74002826

2626 Tunlaw Rd. NW Apt 104
Washington, DC 20007

202-338-8677 home
202-412-0667 mobile

email: leonov@verizon.net

07 1143

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**INFOPASS**
Your e-Ticket to Immigration
Information

**Name:** **Viktor Leonov**

**Appointment Type:** **Speak to immigration officer**

**Confirmation No.:** WAS-06-2612          **Authentication Code:** 5b01

**Appointment Date:** **February 7, 2006**          **Appointment Time:** **10:45 AM**

**Location:** **2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

**This is your Confirmation Number:**


*WAS-06-2612*

07 1143

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*13387*

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**INFOPASS**
Your e-Ticket to Immigration
Information

**Name: Viktor Leonov**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-06-8193        **Authentication Code:** 5b01

**Appointment Date:** **March 29, 2006**        **Appointment Time:** **2:00 PM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

**This is your Confirmation Number:**



*WAS-06-8193*

07 1143

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*51213*

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

https://infopass.uscis.gov/infopass.php?PHPSESSID=277d41fa04884862de1b8dd8f25463c9    3/14/2006



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name: Viktor Leonov**

**Appointment** Speak to immigration officer
**Type:**

**Confirmation** WAS-06-27340          **Authentication** 5b01
**No.:**                                **Code:**

**Appointment** October 4, 2006         **Appointment** 9:30
**Date:**                               **Time:** AM

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**This is your Confirmation
Number:**



*WAS-06-27340*

**If you wish to cancel this appointment, you will need the
following Personal Identification Number:**
*00318*

Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this
  appointment letter.
- Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all
  applicable immigration forms, letters, receipts, translations and originals
  of supporting documents.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031    07 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Federal Bureau of Investigation
National Name Check Program
Fax to 202-324-3367

October 11, 2006

SUBJECT: Name Check status inquiry

Dear Sir / Madam,

I am the primary applicant for an Application for Naturalization (N-400) pending with the USCIS Vermont Service Center/ Washington, DC USCIS District Office since May 2004. I successfully passed a US history and the English language requirements test on July 6, 2005. I was informed by USCIS Washington, DC District Office on February 7, 2006, March 29, 2006 and October 4, 2006 that processing of my application was being delayed due to delays in routine security checks. My understanding is that this may include a check under the FBI National Name Check Program (NNCP).

I am writing this letter to inquire about the status of the NNCP check for myself since it's been about 2.5 years now since I submitted my N-400 application to USCIS and 2 years since my fingerprints were taken by the FBI. Please find my personal information below:

First Name: Viktor
Last Name: Leonov
Date of Birth: ▓▓▓▓, 1959
A-Number: A074002826

Please find my contact information below:

Address: 2626 Tunlaw Rd. NW Apt. 104, Washington, DC 20007
Phone: 202-338-8677
e-mail: leonov@verizon.net

Thank you and best regards,

Viktor Leonov

U7 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Citizenship and Immigration Services
Vermont Service center

October 11, 2006

SUBJECT: Name Check Expedite Request

Dear Sir / Madam,

I am the primary applicant for an Application for Naturalization (N-400) pending since May 2004. I successfully passed a US history and the English language requirements test on July 6, 2005 at the Washington, DC USCIS District Office. I was informed by USCIS Washington, DC District Office on February 7, 2006, March 29, 2006 and October 4, 2006 that the processing of my application was being delayed due to a backlog in routine security checks. My understanding is that this may include a check under the FBI National Name Check Program (NNCP).

I am writing this letter to request an expedited name check with the FBI since it's been about 2.5 years now that I submitted my N-400 application to USCIS and 2 years since my fingerprints were taken by the FBI. Following are the facts to substantiate my request:

- I entered the U.S. on a G-4 visa as a consultant for the World Bank, and adjusted status to US permanent residents in 1995 for myself and my family through diversity visa program (the green card lottery for underrepresented countries.) I have always been a very law obedient citizen with no law violations whatsoever neither here nor in my country of origin;
- I am a highly trained professional with an equivalent of a master's degree from an acclaimed foreign university ranked among the top 100 in the world. Prior to coming to the U.S. I was a high ranking government employee credited for preparing the entire set of documents for the accession of Belarus (my country of origin) to the World Bank and the IMF. My business, professional and career aspirations are currently in limbo due to inability to travel internationally on a short notice;
- My national passport has expired and renewing it requires a trip to my country of origin for an uncertain period of time, which I cannot afford under the circumstances. Besides, the autocratic regime in my country of origin makes a trip there a risky undertaking;
- With my clearance pending for such a long time, I recently lost both my parents and I was not even able to attend their funeral, which caused great emotional trauma;

I stand ready to provide any additional information, should it be necessary, to the USCIS, FBI or any other US agency involved with my case, to facilitate an expedited name check after two years of wait.

Please find my personal information below:

First Name: Viktor
Last Name: Leonov
Date of Birth: ▮▮▮▮▮▮, 1959
A-Number: A074002826

Please find my contact information below:

Address: 2626 Tunlaw Rd. NW Apt. 104, Washington, DC 20007
Phone: 202-338-8677
e-mail: leonov@verizon.net

Thank you and best regards,

Viktor Leonov

07 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship
and Immigration
Services**

October 25, 2006

VIKTOR LEONOV
2626 TUNLAW ROAD NW APT 104
WASHINGTON DC 20007

A File Number: A74002826
Applicant/Petitioner: VIKTOR LEONOV

Dear Sir or Madam:

Your application was transferred to the Immigration office at USCIS Washington prior to your interview. All changes and/or concerns need to be brought directly to that office as we no longer have jurisdiction over your case. Your apartment number was not listed on the computer system, so it was added upon receipt of your letter.

As I am sure you have been told, all applications received by this Service are requsired to have routine security checks. This can result in the delay of the adjudication of your application. We have no control over how long these checks will take, and we can give no definite indication of when they will be completed. All request for any type of expeditious handling must be brought to the office having the application. You may wish to an appointment with your local office by visiting our web site at www.uscis.gov. You must use the InfoPass Appointment Scheduler prior to visiting your local office. If you do not wish to schedule an appointment, you may mail your written inquiry to:

U.S. Citizenship & Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031-4906

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling 1-800-375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov. You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person, over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

Sandra T. Bushey
Acting Center Director
VSC06102502748/264217

0⁷ 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Citizenship and Immigration Services
Washington District Office
ATTN: Expedite Request
2675 Prosperity Avenue
Fairfax, VA 22031-4906

November 2, 2006

SUBJECT: Name Check Expedite Request

Dear Sir / Madam,

I am the primary applicant for an Application for Naturalization (N-400) pending since May 2004. I successfully passed a US history and the English language requirements test on July 6, 2005 at the USCIS Washington District Office. I also used the InfoPass Appointment System and visited your Office on February 7, March 29, and October 4, 2006 to check on the status of my application. During the visits I was informed that the processing of my application was being delayed due to a backlog in routine security checks. My understanding is that this may include a check under the FBI National Name Check Program (NNCP).

As the USCIS Washington District Office is the agency that is handling my application, I am writing this letter to request an expedited name check with the FBI since it's been about 2.5 years now that I submitted my N-400 application to USCIS and 2 years since my fingerprints were taken by the FBI. Following are the facts to substantiate my request:

-   I entered the U.S. on a G-4 visa as a consultant for the World Bank, and adjusted status for myself and my family to US permanent residents in 1995 through the diversity visa program (the green card lottery for underrepresented countries.) I have always been a very law-abiding citizen with no law violations whatsoever neither here nor in my country of origin;
-   I am a highly trained professional with an equivalent of a master's degree from an acclaimed foreign university ranked among the top 100 in the world. Prior to coming to the U.S. I was a high ranking government employee credited for preparing the entire set of documents for the accession of Belarus (my country of origin) to the World Bank and the IMF. My business, professional and career aspirations are currently in limbo due to inability to travel internationally on a short notice;
-   My national passport has expired and renewing it requires a trip to my country of origin for an uncertain period of time, which I cannot afford under the circumstances. Besides, the autocratic regime in my country of origin makes a trip there a risky undertaking;
-   With my clearance pending for such a long time, I recently lost both my parents and I was not even able to attend their funeral, which caused great emotional trauma;

I stand ready to provide any additional information, should it be necessary, to the USCIS, FBI or any other US agency involved with my case, to facilitate an expedited name check after two years of wait.

Please find my personal information below:

First Name: Viktor
Last Name: Leonov
Date of Birth: ██████, 1959
A-Number: A074002826

Please find my contact information below:

Address: 2626 Tunlaw Rd. NW Apt. 104, Washington, DC 20007
Phone: 202-338-8677
e-mail: leonov@verizon.net

Thank you and best regards,

*Viktor Leonov*

07 1143

# FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Viktor Leonov**

**Appointment Type:** **Speak to immigration officer**

**Confirmation No.:** WAS-06-35056                 **Authentication Code:** 5b01

**Appointment Date:** **December 12, 2006**        **Appointment Time:** **9:30 AM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

### This is your Confirmation Number:

\* W A S - 0 6 - 3 5 8 5 6 \*

### If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 98158

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**



07 1143

**FILED**

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

American Civil Liberties Union
National capital Area
1400 20th Street., Suite 119
Washington, DC 20036

Attn: Staff Attorney in charge of immigration issues

December 21, 2006

Re: Petitions for Naturalization in the Washington, DC area

Dear Sir/Madam:

My name is Viktor Leonov, and I am a national of Belarus. I entered the U.S. in October 1993 on a G-4 visa as a consultant for the World Bank, and adjusted my status to a US permanent resident for myself and my family through a diversity visa program in 1995, a green card lottery for underrepresented countries.

In May 2004 I applied for naturalization and successfully passed a US history and the English language requirements test on July 6, 2005 at the Washington, DC USCIS District Office. I was informed by the Washington, DC USCIS District Office on February 7, 2006, March 29, 2006, October 4, 2006 and, most recently, on December 2006 that the processing of my application was being delayed due to a backlog in routine security checks. My understanding is that this may include a check under the FBI National Name Check Program (NNCP).

I am a highly trained professional with an equivalent of a master's degree from an acclaimed foreign university ranked among the top 100 in the world. Prior to coming to the U.S. I was a high ranking government employee credited for preparing the entire set of documents for the accession of Belarus (my country of origin) to the World Bank and the IMF. My business, professional and career aspirations are currently in limbo due to the protracted delay with the naturalization process.

I understand that pursuing just treatment for immigrants is one of the principal activities of your venerable organization. One immediate reason that inspired me to write this letter is that during my last status update visit to the district USCIS Office, I was informed by the immigration officer a class-action lawsuit was filed on August 2006 by the ACLU of Southern California on behalf of seven plaintiffs. While, as of today, the lawsuit still continues, the government confirmed on October 4 2006 that it intends to naturalize seven class members.

The scope of the problem is similar, if not worse, in the Washington, DC area. During my recent visit to the USCIS District Office on December 12, the immigration officer I spoke with indicated that he has been receiving about ten naturalization applicants like me each day. Given that the office has about ten officers at reception at any time, we are talking about tens of thousands of US permanent residents in this area left in limbo by the inability of the government agencies in charge to adjudicate their naturalization cases in a timely manner. U.S. immigration law gives officials 120 days to grant or deny citizenship to residents who have passed their naturalization exams and interviews. In my case it's been already about 18 months, but, as far as I know, many applicants have been waiting for up to 3 years or even more. The same officer mentioned he knows an applicant waiting for 6 years.

07 1143

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In light of the above, I would be highly appreciative of an opportunity to meet with your immigration staff to discuss the implications of the ACLU of Southern California class-action lawsuit for naturalization applicants in this area as well as possible steps towards expediting my case.

Very truly yours,

Viktor Leonov
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
202-338-8677 home
202-341-7732 mobile
e-mail: leonov@verizon.net

Enclosures: ACLU of Southern California news releases of August 1 and October 5, 2006; Complaint to United States District Court for the Central District of California for Declaratory and Injunctive Relief; Petitions for Naturalization;

07 1143

# FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**INFOPASS**
Your e-Ticket to immigration
information.

**Name:** **Viktor Leonov**

**Appointment Speak to immigration officer
Type:**

**Confirmation** WAS-07-3934                    **Authentication 5b01**
**No.:**                                                              **Code:**

**Appointment** **February 7, 2007**          **Appointment 9:30**
**Date:**                                                            **Time: AM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

### This is your Confirmation Number:



*HAS-07-3934*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:
*10546*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**  07 1143

# FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**INFOPASS**
Your e-Ticket to Immigration Information.

**Name:** **Viktor Leonov**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-07-11265

**Authentication Code:** 5b01

**Appointment Date:** **April 4, 2007**

**Appointment Time:** **9:30 AM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY – Room 102**

**This is your Confirmation Number:**



**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
*31554*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

07 1143

**FILED**

JUN 2 6 2007

3/24/2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Viktor Leonov**

**Appointment Speak to immigration officer**
**Type:**

**Confirmation WAS-07-15877**          **Authentication 5b01**
**No.:**                                **Code:**

**Appointment May 8, 2007**            **Appointment 9:30**
**Date:**                               **Time: AM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY – Room 102**

**This is your Confirmation**
**Number:**



**If you wish to cancel this appointment, you will need the**
**following Personal Identification Number:**
**07356**

**Please be on time. Failure to show up on time will result in the cancellation of**
**your appointment. You will then need to reschedule your appointment. You will**
**not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this**
  **appointment letter.**
- **Acceptable forms of identification are any of the following: Government**
  **issued identification, passport, valid driver's license, I-94, Work**
  **Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all**
  **applicable immigration forms, letters, receipts, translations and originals**
  **of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

07 1143

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**Name:** **Viktor Leonov**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-07-20596

**Authentication Code:** 5b01

**Appointment Date:** **June 12, 2007**

**Appointment Time:** 9:30 AM

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

## This is your Confirmation Number:



## If you wish to cancel this appointment, you will need the following Personal Identification Number:
### 80836

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

07 1143

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

were approved. This process would ensure that USCIS does not accept more applications than the number of visas available.

Another issue with priority dates and workloads is connected to the new fee rule. The Ombudsman anticipates that when the new fee rule goes into effect in July, delays in adjudication will significantly impact the agency if it does not track visa information, including visa classifications, priority dates, and country of chargeability. Without tallying cases receipted by visa category, USCIS inevitably will accept ineligible applications and more applications than it can process in the given timeframe. The agency will not collect fees for interim benefits issued for new green card applicants, as the new fee rule requires only one payment for both. In addition, there may be large numbers of retrogressed cases and, eventually, multiple issuances of interim benefits.

As described in the Ombudsman's 2006 Annual Report (at pp. 13-16), the Ombudsman continues to be concerned about USCIS' data integrity and failure to meet its obligation to maintain an accurate count of pending employment- and family-based preference applications. Although the focus is on employment-based visa applications, similar concerns exist for family-based preference cases. The continued collaboration of these agencies supports the Ombudsman's vision of cooperation to provide benefits in a timely and efficient manner.

### F.    Name Checks and Other Security Checks

FBI name checks, one of several security screening tools used by USCIS, continue to significantly delay adjudication of immigration benefits for many customers, hinder backlog reductions efforts, and may not achieve their intended national security objectives. FBI name checks may be the single biggest obstacle to the timely and efficient delivery of immigration benefits. The problem of long-pending FBI name check cases <u>worsened</u> during the reporting period.

#### 1.    Background

As of May 2007, USCIS reported a staggering 329,160 FBI name check cases pending, with approximately 64 percent (211,341) of those cases pending more than 90 days and approximately 32 percent (106,738) pending more than one year.[40] While the percentages of long-pending cases compared to last year are similar, the absolute numbers have increased. There are now 93,358 more cases pending the name check than last year. Perhaps most disturbing, there are 31,144 FBI name check cases pending more than 33 months as compared to 21,570 last year – over a 44 percent increase in the number of cases pending more than 33 months.[41]

---

[40] *See* USCIS FBI Pending Name Check Aging Report (May 4, 2007). It is important to note that USCIS does not include within its backlog cases pending due to FBI name checks. There are 155,592 FBI name check cases pending more than six months that otherwise may be part of USCIS' backlog. See section III.B for a discussion of USCIS backlogs.

[41] *See id.*

07 1143

FILED

JUN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Figure 10:  Pending FBI Name Checks**

| Age of Pending Response | Total Count (May 4, 2007) | Total Count (May 17, 2006) |
|---|---|---|
| < 3 months | 117,819 | 82,636 |
| 3 - 6 months | 55,749 | 33,450 |
| 6 - 9 months | 28,029 | 20,047 |
| 9 - 12 months | 20,825 | 16,845 |
| 12 - 15 months | 14,133 | 15,064 |
| 15 - 18 months | 13,931 | 10,636 |
| 18 - 21 months | 11,035 | 8,144 |
| 21 - 24 months | 12,398 | 8,325 |
| 24 - 27 months | 11,765 | 9,754 |
| 27 - 30 months | 6,600 | 4,435 |
| 30 - 33 months | 5,732 | 4,896 |
| > 33 months | 31,144 | 21,570 |
| **Total Pending** | **329,160** | **235,802** |

During the reporting period, processing delays due to FBI name checks were an issue in approximately 25 percent of all written case problems received by the Ombudsman.  Resolving the FBI name check issue is included in the Ombudsman's top five priorities posted on the office website.[42]  Unlike FBI name checks, other types of background and security checks – *e.g.*, fingerprint checks, the Interagency Border Inspection Systems name checks (IBIS), and the Automated Biometric Identification System (IDENT) checks – return results within a few days, if not a few minutes.  These law enforcement and watch list checks do not significantly prolong USCIS processing times or contribute to the USCIS backlog.

As described in the Ombudsman's 2006 Annual Report (at p. 24), the FBI provides information to USCIS regarding anyone who is the principal subject of an investigation or is a person referenced in a file.  USCIS adjudicators and the Fraud Detection and National Security (FDNS) unit use this information to determine if applicants are ineligible for benefits.  The FBI provides the name check results at USCIS' request.  Name checks are not conducted by the FBI as part of ongoing investigations or from a need to learn more about an individual because of any threat or risk perceived by the FBI.  Instead, the name checks are a fee-for-service that the FBI provides to USCIS and according to USCIS-defined standards.

Once USCIS forwards records to the FBI for name checks, the process and the turnaround time for the checks are outside of USCIS' control.  Completion of the name check process may take considerable time because manual reviews of FBI files are sometimes required.  This review may include FBI reporting on fragments of names of people who are not necessarily central or directly related to an investigation or law enforcement matter.  In discussions with the

---

[42] *See* section VI.F.

F
07-1143
CKK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Viktor LEONOV

11001

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**    11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

## (e) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

2626 Tunlaw Rd, NW Apt 109
Washington, DC 20007
ph (202) 338-8677

## DEFENDANTS

Susan DIBBINS, Emilio T. GONZALEZ, Michael CHERTOFF, Robert S. MUELLER

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01143
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/26/2007
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ○ A. *Antitrust* | ○ B. *Personal Injury/ Malpractice* | ○ C. *Administrative Agency Review* | ○ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. *General Civil (Other)*   OR   ◉ F. *Pro Se General Civil* | | |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑥

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

8 U.S.C. §1447(b)   Complaint for hearing on Naturalization Application

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ [_____]   Check YES only if demanded in complaint    JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 6/26/2007   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.