UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR LEONOV

vs.                                             CIVIL ACTION NO.  07 1143 CKK

SUSAN DIBBINS et al

### AFFIDAVIT OF SERVICE

I, Viktor Leonov, hereby declare that on the 27th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to ALBERTO GONZALES. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  07/2/07 |
| 1. Article Addressed to:<br>Alberto Gonzales<br>US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 0220 0001 4605 2080 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED**

JUL - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com