UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR LEONOV

vs.

CIVIL ACTION NO. 07 1143 CKK

SUSAN DIBBINS et al

## AFFIDAVIT OF SERVICE

I, Viktor Leonov, hereby declare that on the 27th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to JEFFREY TAYLOR. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)<br>JUL 0 2 2007 | C. Date of Delivery |
| 1. Article Addressed to:<br>Jeffrey Taylor<br>US Attorney for DC<br>555 4th Str. NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 7007 0220 0001 4605 2097 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

RECEIVED
JUL 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_[signature]_
VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com