UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR LEONOV

vs.                                CIVIL ACTION NO. 07 1143 CKK

SUSAN DIBBINS et al

### AFFIDAVIT OF SERVICE

I, Viktor Leonov, hereby declare that on the 27th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to EMILIO T. GONZALEZ. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): DHS   C. Date of Delivery: 7/9/07 |
| 1. Article Addressed to:<br>Emilio T. Gonzalez<br>Director, USCIS<br>20 Massachusetts Ave NW<br>Washington, DC 20529 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7007 0220 0001 4605 2073 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

**RECEIVED**

JUL 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com