UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR LEONOV

vs.                                         CIVIL ACTION NO. 07 1143 CKK

SUSAN DIBBINS et al

### AFFIDAVIT OF SERVICE

I, Viktor Leonov, hereby declare that on the 27th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to MICHAEL CHERTOFF. Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X [signature] ☐ Agent ☐ Addressee  B. Received by (Printed Name) JUL 1 0 2007  |
| 1. Article Addressed to:  Michael Chertoff  U.S. Dept. of Homeland Security  245 Murray Dr.,  Building 410  Washington, DC 20528  SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 0220 0001 4605 2110 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

RECEIVED
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[signature]
VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com