UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VIKTOR LEONOV

vs.                                           CIVIL ACTION NO.   07  1143  CKK

SUSAN DIBBINS et al

### AFFIDAVIT OF SERVICE

I, Viktor Leonov, hereby declare that on the 27th day of June, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to ROBERT S. MUELLER. Attached hereto is the certified green card acknowledging service.

VIKTOR LEONOV
2626 Tunlaw Rd. NW Apt. 104
Washington, DC 20007
Phone: 202-338-8677
Email: leonov@rcn.com

RECEIVED
JUL 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**UNITED STATES POSTAL SERVICE**

Track/Confirm - Intranet Item Inquiry
Item Number: 7007 0220 0001 4605 2103

**This item was delivered on 06/30/2007 at 02:44**

| Signature: | HONE: (202) -523-2136 Delivery Section *Michael Simon* MICHAEL SIMON |
|---|---|
| Address: | MICHAEL SIMON FBI 20535 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System



http://pts.usps.gov/pts/imageView.do