UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **VIKTOR LEONOV,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 1:07-CV-01143 (CKK) |
|  | ) |
| **EVELYN UPCHURCH,** Field Director | ) |
| Washington Field Office, | ) |
| U.S. Citizenship and Immigration Services, | ) |
|  | ) |
| and | ) |
|  | ) |
| **EMILIO T. GONZALEZ,** Director, | ) |
| U.S. Citizenship and Immigration Services, | ) |
|  | ) |
| and | ) |
|  | ) |
| **MICHAEL CHERTOFF,** Secretary, | ) |
| U.S. Department of Homeland Security, | ) |
|  | ) |
| and | ) |
|  | ) |
| **ROBERT S. MUELLER, III,** Director, | ) |
| Federal Bureau of Investigation, | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

/s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System, this 24th day of August, 2007 to:

VIKTOR LEONOV
2626 Tunlaw Road N.W., Apt. 104
Washington, D.C. 20007
leonov@rcn.com

                 /s Sherease Louis
                SHEREASE LOUIS
                Special Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W.,
                Washington, D.C. 20530
                (202) 307-0895