UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VIKTOR LEONOV,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:07-CV-01143 (CKK) |
| **EVELYN UPCHURCH,** Field Director, U.S. Citizenship and Immigration Services, *et al.*, | ) |
| **Defendants.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Evelyn Upchurch *et al.*, through undersigned counsel, hereby request that the Court grant Defendants a thirty-day enlargement of time, until October 1, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. No previous enlargements have been sought by or granted to the United States for these purposes.

Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted *pro se* Plaintiff in an effort to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement. In support of this motion, Defendants state as follows:

1. This is an immigration case arising out of a Form N-400 application for naturalization filed by Plaintiff, a lawful permanent resident of the United States and a citizen of Belarus. Plaintiff filed a complaint on June 26, 2007, requesting that the Court assume jurisdiction over the adjudication of Plaintiff's naturalization application.

2. Defendants' Answer is currently due on August 30, 2007.

3. This is Defendants' first request for an extension.

4. Defendants wish to answer Plaintiff's Complaint expeditiously. However, additional time is necessary to allow defense counsel to confer with the Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations, and the facts that support any defense Defendants may raise.

Accordingly, for reasons stated herein, Defendants respectfully requests an enlargement of time up to and including October 1, 2007, to answer, move or otherwise respond to Plaintiff's Complaint. A proposed Order consistent with the relief requested is attached.

Respectfully submitted,

      Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **VIKTOR LEONOV,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:07-CV-01143 (CKK) |
| **EVELYN UPCHURCH, Field Director,** | ) |
| **U.S. Citizenship and Immigration Services,** *et al.*, | ) |
| **Defendants.** | ) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of August 2007, I caused a true and correct copy of the foregoing motion and proposed order to be served upon *pro se* Plaintiff Viktor Leonov, by placing a copy in the United States mail, via First Class prepaid postage, addressed as follows:

VIKTOR LEONOV
2626 Tunlaw Road N.W., Apt. 104
Washington, D.C. 20007
leonov@rcn.com

                                               /s Sherease Louis
                                               SHEREASE LOUIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**VIKTOR LEONOV**,                     )
                                       )
       **Plaintiff,**         )
                                       )
       v.                     ) Civil Action No. 1:07-CV-01143 (CKK)
                                       )
**EVELYN UPCHURCH,** *et al.,*         )
                                       )
       **Defendants.**        )
_____)

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to answer, move or otherwise respond to Plaintiff's Complaint, it is this _____ day of August, 2007,

ORDERED that Defendants' Motion for an Enlargement of Time, is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by October 1, 2007.

SO ORDERED.

_____          _____
DATE                          COLLEEN KOLLAR-KOTELLY
                              UNITED STATES DISTRICT JUDGE

<u>Copies of this order to</u>:
Viktor Leonov
2626 Tunlaw Road N.W., Apt. 104
Washington, D.C. 20007

Sherease Louis, Esq.
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530