## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VIKTOR LEONOV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-CV-01143 (CKK) |
| EVELYN UPCHURCH, *et al.*, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their respective

counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice,

each side to bear its own costs and fees.

Respectfully submitted,

_____
VIKTOR LEONOV
2626 Tunlaw Road N.W., Apt. 104
Washington, D.C. 20007

*Pro se* Plaintiff

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
SHEREASE PRATT
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780

*Counsel for Defendants*

Dated: September 21, 2007